**UNITED STATES DISTRICT COURT**
Southern District of Illinois

**SUPPRESSED**

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **JONATHAN D. PIKE** **Defendant.** | WARRANT FOR ARREST Case Number: 10-CR-40057-JPG |

*To: The United States Marshal and any Authorized United States Officer:*

YOU ARE HEREBY COMMANDED to arrest **JONATHAN D. PIKE**, and bring her forthwith to the nearest magistrate judge to answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Count 1: conspiracy to manufacture methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1)& and 21 United States Code, Section 846.

Nancy Rosenstengel
Name of Issuing Officer

Nancy Rosenstengel
Signature of Issuing Officer

By: _____
Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 2, 2010 -Benton, IL
Date and Location

Bail fixed at $_____ by _____
                       Name of Judicial Officer

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at: |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |