UNITED STATES DISTRICT COURT
Southern District of Illinois

**SUPPRESSED**

| | |
|---|---|
| **UNITED STATES OF AMERICA** vs. **JONATHAN D. PIKE** Defendant. | WARRANT FOR ARREST Case Number: *10-CR-40057-JPG* |

FILED
NOV 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

To: The United States Marshal and any Authorized United States Officer:

YOU ARE HEREBY COMMANDED to arrest **JONATHAN D. PIKE**, and bring her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense):

Count 1: conspiracy to manufacture methamphetamine, in violation of Title 21 United States Code, Sections 841(a)(1)& and 21 United States Code, Section 846.

Nancy Rosenstengel
Name of Issuing Officer

Nancy Rosenstengel
Signature of Issuing Officer

By: *[signature]*
Deputy Clerk

Clerk of Court
Title of Issuing Officer

November 2    2010 -Benton, IL
Date and Location

Bail fixed at $_____ by _____
                       Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: *Franklin Co IL* | | |
| DATE RECEIVED 11/3/10 DATE OF ARREST 11/9/10 | NAME AND TITLE OF ARRESTING OFFICER IL. St Police | SIGNATURE OF ARRESTING OFFICER By: *[signature]* |