Case 4:10-cr-40057-JPG   Document 76   Filed 02/15/11   Page 1 of 1   Page ID #160

FILED
FEB 15 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) |
| vs. | ) CRIMINAL NO. 10-CR-40057-003 |
| JONATHAN D. PIKE, | ) EX PARTE |
| Defendant. | ) ) |

## WARRANT FOR ARREST

TO:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JONATHAN D. PIKE and bring him forthwith to the nearest judge or magistrate to answer a Motion to Revoke Bond, to be set for hearing following this arrest, as required by statute.

**NANCY J ROSENSTENGEL**

_____
Nancy Rosenstengel, Clerk of Court

2/7/11   Benton
Date and Location

_____
(By) Deputy Clerk

Bail fixed at: **NONE - Defendant to be held in custody**

--------------------------------------------------
RETURN
--------------------------------------------------

This warrant was received and executed with the arrest of the above-named defendant at _____.

Date received 2/7/11   Date of arrest 2/7/11
Name and Title of Arresting Officer Jim Robertson, USM
Signature of Arresting Officer By: _____