## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
|     Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No. 10-cr-40057-003-JPG |
| ) | |
| JONATHAN D. PIKE,   ) | |
| ) | |
|     Defendant.   ) | |

### MEMORANDUM AND ORDER

This matter comes before the Court on Assistance Federal Public Defender Judith A. Kuenneke's Motion to Withdraw (Doc. 209). Counsel Kuenneke entered her appearance for the sole purpose of determining whether Defendant Jonathan D. Pike was eligible for application of the 2014 retroactive guideline amendment.

Amendment 782 amended U.S.S.G. § 2D1.1(c) as of November 1, 2014, to lower some base offense levels associated with various relevant conduct drug amounts. The relevant parts of Amendment 782 are retroactive but cannot become retroactively effective until November 1, 2015. *See* U.S.S.G. § 1B1.10(d) & (e)(1) (2014).

Defendant Johnathan D. Pike was released from the Bureau of Prisons on June 8, 2015 and as such, is not eligible for the reduction. Therefore, Assistance Federal Public Defender Judith A. Kuenneke's Motion to Withdraw (Doc. 209) is **GRANTED**.

   **IT IS SO ORDERED.**

   **DATED:**  8/18/2015

                                            *s/J. Phil Gilbert*
                                            **J. PHIL GILBERT**
                                            **DISTRICT JUDGE**